## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| Plaintiff(s),      ) | NO. CR 05-1131-TUC-FRZ |
| vs.      ) | ORDER |
| Mary Ellen Madrid,      ) | |
| Defendant(s).      ) | |

Upon Defendant's Third Motion to Continue Sentencing, there being no objection from the Government, and good cause appearing therefrom,

IT IS ORDERED that the Sentencing hearing presently set on March 5, 2007 is VACATED and CONTINUED to **May 7, 2007 at 9:30 a.m.**

DATED this 2nd day of March, 2007.

FRANK R. ZAPATA
United States District Judge